UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-CV-22177-WILLIAMS

SANRIO CO., LTD., *et al.*,

    Plaintiffs,

vs.

SOMMER'S ENT. LLC
and JOYCE P. RUIZ,

    Defendants.

_____/

### FINAL JUDGMENT

**THIS MATTER** is before the Court on the Order granting Plaintiff's motion for final default judgment. (DE 14). Pursuant to Federal Rule of Civil Procedure 58(a), it is **ORDERED AND ADJUDGED** that Final Default Judgment is entered in favor of Plaintiffs and against Defendants, Sommer's Entertainment LLC and Joyce P. Ruiz, jointly and severally, for statutory damages in the total amount of **Two Hundred Thousand Dollars ($200,000.00)**, upon which execution may issue.

**DONE AND ORDERED** in Chambers in Miami, Florida, this ___ day of March, 2019.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE